**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
C.A. No. 2:18-cv-2364-RMG**

| | |
|---|---|
| **MICHAEL C. ROBINSON,**<br><br>     **Plaintiff,**<br><br> v.<br><br>**VIKING RIVER TOURS LTD,**<br><br>     **Defendant.** | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

WHEREAS, Plaintiff Michael C. Robinson and Defendant Viking River Tours Ltd. now have reached a satisfactory resolution of all issues contained therein and Plaintiff and Defendant, through the undersigned counsel, hereby stipulate and agree that the matters and things herein should be dismissed with prejudice.

NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A), this action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

             Respectfully submitted,

             s/ Julie L. Moore
             Brian C. Duffy (Fed. Bar No. 9491)
             Julie L. Moore (Fed. Bar No. 11138)
             Kara Kennedy (Fed. Bar No. 12154)
             DUFFY & YOUNG, LLC
             96 Broad Street
             Charleston, South Carolina 29401
             (843) 720-2044 (phone)
             (843) 720-2047 (fax)
             bduffy@duffyandyoung.com
             jmoore@duffyandyoung.com
             kkennedy@duffyandyoung.com
             *Attorneys for Plaintiff, Michael C. Robinson*

        s/ Sean D. Houseal
        Sean D. Houseal (Fed. Bar No. 7676)
        Womble Bond Dickinson
        5 Exchange Street
        Charleston, SC  29401
        (843) 722-4622 (phone)
        (843) 723-7398 (fax)
        Sean.houseal@wbd-us.com
        *Attorneys for Viking River Tours Ltd.*

January 7, 2019
Charleston, South Carolina